JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ARRUNATEGUI, et al., | NO. CV 09-01008 SJO (FFMx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CONOCOPHILLIPS CO., | |
| Defendant. | |

This matter came before the Court on Defendant ConocoPhillips' Motion for Summary Judgment. After full consideration of all admissible evidence and documents submitted, the Court granted ConocoPhillips' Motion for Summary Judgment.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Defendant ConocoPhillips. The parties shall bear their own costs.

Dated: February 23, 2010

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE